

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan and Nelson Publishing; Raul Acosta doing business as This New Age Publishing Dose Rocks Music; Rice Boy Music<br><br>**Plaintiff,**<br><br>V.<br><br>Show Palace, Inc.; Juan M. Cortes<br><br>**Defendant.** | Civil Action No. 16-cv-02592-CAB-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Clerk of the Court shall enter Judgment in favor of Plaintiff and against Defendants, jointly and severally, for $90,000 in statutory damages for copyright infringement; and attorneys' fees of $3,168.45, and costs of $400.

Date: 7/3/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy